IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE E RIVERA RODRIGUEZ

CASE NO 11-04809-ESL

CHAPTER 13

DEBTOR(S)

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **July 08, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $2,426 ( P.V. $2,814)

PLAN DATE: June 04, 2011    PLAN BASE: $37,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/27/2011

[ ] FAVORABLE    [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Debtor has not commenced payments to the trustee. ( arrears $500 )

2. [X] INSUFFICIENTLY FUNDED § 1325(b) :
   Plan is insufficiently funded to pay secured creditors & insurance

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   Plan does not provide for the surrender of shares to Coop A/C Abraham Rosa

7. [X] OTHER:
   Pending to submit evidence of having filed state & federal tax returns for years 07' to 10'. Debtor to include spouse and child as dependents in schedule I.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$306.00/$2,694.00

Atty: JOSE M PRIETO CARBALLO*

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062